IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 13-cr-00438-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY BARTLEY,

    Defendant.

_____

**ORDER FOR PSYCHIATRIC EXAMINATION
OF THE DEFENDANT**
_____

On October 28, 2013, defendant filed a Motion for Mental Health Evaluation and Competency Determination [Docket No. 15] requesting that the defendant be evaluated pursuant to 18 U.S.C. §§ 4241 and 4247.

At a hearing on November 12, 2013, the Court found that there was reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.  *See* 18 U.S.C. § 4241(a).  Therefore, it is

ORDERED that defendant's Motion for Mental Health Evaluation and Competency Determination [Docket No. 15] is granted.  It is further

ORDERED that, pursuant to 18 U.S.C. §§ 4241(a) and 4247(b), defendant is committed to the custody of the Attorney General for placement in a suitable facility for a reasonable time not to exceed thirty days for psychiatric and/or psychological examination.  It is further

ORDERED that the examiner designated to conduct the psychiatric and/or psychological examination of the defendant shall prepare a report that includes the following pursuant to 18 U.S.C. § 4247(c):

1. The defendant's history and present symptoms;

2. A description of the psychiatric, psychological and medical tests that were employed and the results;

3. The examiner's findings;

4. The examiner's opinion as to diagnosis and prognosis;

5. Whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is further

ORDERED that the director of the facility where such examination is conducted shall file copies of the report with the Court and provide copies to counsel for the government and the defendant.  It is further

ORDERED that the parties shall file status reports on or before December 12, 2013 at 12:00 noon.

DATED November 13, 2013.

BY THE COURT:

 s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge