# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 30, 2014 |
| Court Reporter: Terri Lindblom | Time: one hour and 57 minutes |
| Probation Officer: Laura Ansart | Interpreter: n/a |

**CASE NO.  13-CR-00438-PAB and 93-CR-00061-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **GARY BARTLEY,** | Scott Varholak |
| Defendant. | |

### SENTENCING and SUPERVISED RELEASE VIOLATION HEARING

**2:09 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**13-CR-00438-PAB - SENTENCING**

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00438-PAB and 93-CR-00061-PAB
July 30, 2014

Court addresses the defendant's objections to the presentence investigation report.

Argument by Mr. Varholak.  Questions by the Court.

Argument by Mr. Conner.  Questions by the Court.

**2:50 p.m.     COURT IN RECESS**

**2:56 p.m.     COURT IN SESSION**

Further argument by Mr. Varholak.

Further argument by Mr. Conner.

Court states its findings and conclusions.

Argument by Mr. Varholak in support of the defendant's Conditional Motion for Variant Sentence and comments addressing sentencing.

Argument by Mr. Conner and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Conditional Motion for Variant Sentence [Docket No. 32], is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **March 17, 2014** to count **1 of the Indictment.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **151** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
13-CR-00438-PAB and 93-CR-00061-PAB
July 30, 2014

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the     presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his/her treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his/her prescribed medications is maintained.
- (**X**) Defendant shall submit in person his person, property, residence, residence papers or office a search to the United States probation officer.  Failure to submit it a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has

Page Four
13-CR-00438-PAB and 93-CR-00061-PAB
July 30, 2014

        violated a condition of his supervision and that the areas to be 1searched contain evidence this of this violation.  Any search must be conducted as a reasonable time and in a reasonable manner.

(**X**)    As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(**X**)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(**X**)    The **special assessment and restitution** obligations are due immediately.  Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** as follows:

| Name/Address of Victim | Amount |
|---|---|
| Key Bank<br>Attn: Dan Clark<br>Re: Gary Bartley 10/18/13 robbery<br>5950 S. Willow Drive<br>Greenwood Village, Colorado 80111 | $1,579.00 |

**ORDERED:**  Interest on restitution is **WAIVED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Five
13-CR-00438-PAB and 93-CR-00061-PAB
July 30, 2014

## 93-CR-00061-PAB   SUPERVISED RELEASE VIOLATION HEARING

**ORDERED:**  The statement of facts in the Supervised Release Violation Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Mr. Varholak advises the Court that the defendant will admit to the alleged violations and is prepared to proceed to sentencing.

Defendant **ADMITS** to the alleged violations.

Mr. Varholak addresses sentencing.

Mr. Conner addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**  Supervised Release is **REVOKED**.

**ORDERED:**  Defendant shall be **imprisoned** for **36** months as to count 2 and **24** months as to count 3, to be concurrently with each other and consecutive to the sentence of imprisonment imposed in case no. 13-CR-00438-PAB.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**4:12 p.m.     COURT IN RECESS**

**Total in court time:   117 minutes**

**Hearing concluded**